```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     WESTERN DIVISION
```

RICKY MARTIN LUNA                                        PLAINTIFF

VS.                        CIVIL ACTION NO. 5:11-cv-168-DCB-JMR

VANCE LAUGHLIN, et al.                                  DEFENDANTS

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of Chief United States Magistrate Judge John M. Roper be, and the same is hereby, adopted as the finding of this Court, and that Defendants Ashley Casey, Bryan Rabb, and Victor Orsolits' motion [6] to dismiss is GRANTED and that the plaintiff's complaint is dismissed without prejudice;

FURTHER ORDERED, that the Plaintiff's Motion [11] to Request Docket Sheet is hereby denied as moot;

FURTHER ORDERED, that the Plaintiff's Letter Motion [16] to extend discovery and motions deadline is hereby denied as moot.

A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the <u>24th</u> day of July, 2012.

<u>s/David Bramlette</u>
UNITED STATES DISTRICT JUDGE